# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| APRIL M. POLLEFEYT,<br><br>    Plaintiff,<br>v.<br><br>MEDICREDIT, INC.,<br><br>    Defendant. | Case No.  3:18-cv-00184-C<br><br>Honorable Sam R. Cummings |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff APRIL M. POLLEFEYT, and the Defendant, MEDICREDIT, INC., through their respective counsel that the above-captioned action is dismissed, with prejudice, against MEDCREDIT, INC., pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: April 16, 2019                                                    Respectfully Submitted,

| **APRIL M. POLLEFEYT** | **MEDICREDIT, INC.** |
|---|---|
| /s/ Nathan C. Volheim | /s/ Jacob Hollars (*with consent*) |
| Nathan C. Volheim | Jacob Hollars |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| Sulaiman Law Group, LTD | Spencer Fane LLP. |
| 2500 S. Highland Avenue, Suite 200 | 1700 Lincoln Street, Suite 2000 |
| Lombard, Illinois 60148 | Denver, CO 80203 |
| Phone: (630) 575-8181 | Phone: (303) 839-3707 |
| Fax :(630) 575-8188 | JHollars@spencerfane.com |
| nvolheim@sulaimanlaw.com | |

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

s/ Nathan C. Volheim\_\_\_\_\_
Nathan C. Volheim